**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**FILED**

APR 1 3 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MARTIN CASTRO-AVILES,

                Defendant.

CASE NO.  12CR1018-

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Indictment/Information:

8:1326 (a) and (b) - Attempted Entry After Deportation (Felony)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/12/12

Gordon Thompson, Jr.
U.S. District Judge